LAW OFFICES OF GLEN BELOVSKY
Glen Belovsky, Esq. (SBN 180176)
345 Franklin Street
San Francisco, CA 94102
Telephone: (415) 241-2880
Facsimile:  (415) 520-5201
Email: glen@glenbelovsky.com

Attorneys for Defendant
SUPERIOR COUNCIL OF THE UNITED STATES,
SOICETY OF ST. VINCENT DE PAUL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VOLUNTEERS FOR CATHOLIC ORGANIZATIONS, a non-profit California corporation,<br><br>           Plaintiff,<br><br>    v.<br><br>SUPERIOR COUNCIL OF THE UNITED STATES, SOCIETY OF ST. VINCENT DE PAUL, INC., a Delaware corporation<br><br>           Defendant. | Case No.: C 13-0281<br>Action Filed: January 18, 2013<br><br>**[<s>PROPOSED</s>] ORDER GRANTING DEFENDANT'S REQUEST FOR COUNSEL TO APPEAR BY TELEPHONE AT MAY 9, 2014 SPECIAL STATUS CONFERENCE HEARING**<br><br>**Magistrate Judge Paul Singh Grewal**<br>Current Hearing Date: May 9, 2014<br>Time: 10:00 a.m. in Courtroom 5, 4th Floor, San Jose |

The Court, having considered Defendant's Request for Counsel to Appear By Telephone at the specially set Status Conference hearing, it is hereby ORDERED that:

A.      Defendant's counsel John E. Petite and Glen M. Belovsky are authorized to appear by telephone at the May 9, 2014 hearing scheduled for 10:00 a.m. in Courtroom 5 of the San Jose Courtroom.

IT IS SO ORDERED.

Dated this  8th  day of May, 2014.

_____
United States Magistrate Judge

1

[<s>PROPOSED</s>] ORDER GRANTING REQUEST TO APPEAR BY PHONE

Case No. C13-0281